**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                     :

**UNITED STATES OF AMERICA**          :

                                            :

            **v.**                              :       **08-CR-1213 (JFK)**

                                            :

**JAMAL YOUSEF,**                      :       <u>**DECLARATION IN**</u>
                                            :       <u>**SUPPORT OF MOTION**</u>

                      **Defendant.**          :
-------------------------------------------------------------------------x

MELINDA SARAFA, pursuant to Title 18, United States Code, Section 1746, hereby declares the following under penalty of perjury:

1.      I am an attorney duly admitted to practice in the Southern District of New York, and represent defendant JAMAL YOUSEF in the above-captioned case.

2.      I make this declaration in support of the pretrial motion of Mr. Yousef to dismiss the indictment pursuant to the Due Process Clause of the Fifth Amendment.

3.      This declaration is based upon personal knowledge, examination of available records, conversations with the defendant and, where noted, information and belief.

4.      On July 6, 2009, while Mr. Yousef was imprisoned in Honduras on charges unrelated to this case, a grand jury in the Southern District of New York returned an indictment charging Mr. Yousef with one count of conspiring to violate 21 U.S.C. § 960a. Section 960a, the so-called "narco-terrorism" statute, essentially prohibits engaging in unlawful drug activity knowing or intending to provide anything of pecuniary value to a person or organization that has engaged in or engages in terrorist activity. A true and correct copy of the indictment is attached hereto as Exhibit A.

5. Mr. Yousef is not a national of the United States. According to discovery materials produced by the Government, Mr. Yousef is a dual citizen of Sweden and Lebanon.

6. All of the conversations between alleged co-conspirators in this case and confidential sources working with the United States Drug Enforcement Administration ("DEA"), which formed the basis of the alleged conspiracy, took place in Honduras, either in person or by telephone. To the extent Mr. Yousef participated in any such conversations, he did so by telephone while imprisoned in Honduras.

7. On the evening of August 18, 2009, as Mr. Yousef was released from custody in Honduras, he was met by armed and masked agents of the United States government who forced him into a vehicle, drove him to a helicopter, and flew him to another aircraft that ultimately transported him to New York. On August 19, 2009, Mr. Yousef was arraigned on the indictment before a magistrate judge in the Southern District of New York and has remained in continuous custody since.

Dated: June 28, 2010
New York, NY

s/Melinda Sarafa_____
Melinda Sarafa

2