UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                :

UNITED STATES OF AMERICA           :

                                   :

          v.                    :       **08-CR-1213 (JFK)**

                                   :

JAMAL YOUSEF,                :       **SUPPLEMENTAL**

                                   :       **DECLARATION IN**

                 **Defendant.**     :       **SUPPORT OF MOTION**

------------------------------------------------------------------------x

       JAMAL YOUSEF, pursuant to Title 28, United States Code, Section 1746, hereby declares the following under penalty of perjury:

       1.      I am the defendant in above-captioned action, and I make this Supplemental Declaration in support of my motion to suppress evidence obtained pursuant to the search of the sumasiempre123@yahoo.com email account. If called as a witness, I could and would competently testify to the following facts based upon my personal knowledge.

       2.      It is my understanding that, under the authority of *Simmons v. United States*, 390 U.S. 377 (1968), nothing I say in this Supplemental Declaration or the fact of its existence can or will be admitted against me at trial on the issue of guilt in this case.

       3.      I am not able to read English well enough to understand this Supplemental Declaration fully. As a result, it has been read aloud to me by counsel, and I confirm its accuracy.

       4.      In January 2009, I was one of a small number of people authorized to jointly use the email account sumasiempre123@yahoo.com. Each of the authorized users was able to access the account using the account name and a password provided to us by the account subscriber.

5.      I personally used this email account, and I expected that its contents and records would be accessed only by the small number of people authorized by the subscriber to use it.  I expected that the contents and records of the account would remain free from any outside intrusion. At no time did I expect that the account would be accessed by agents of any governmental entity.

6.      I declare under penalty of perjury that the foregoing facts are true to the best of my knowledge and recollection.

Dated: June 9, 2011
New York, NY

_____
JAMAL YOUSEF