```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 05 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :
                                    :    S4 08 Cr. 1213 (JFK)
JAMAL YOUSEF,                       :
     a/k/a "Talal Hassan Ghantou,"  :
          Defendant.                :
                                    :
- - - - - - - - - - - - - - - - - -x

### COUNT ONE

(Conspiracy to Engage in Narco-Terrorism)

The Grand Jury charges:

1.  From at least in or about July 2008, up to and including in or about July 2009, in an offense occurring in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or district of the United States, JAMAL YOUSEF, the defendant, who was first brought to and arrested in the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate Section 960a of Title 21, United States Code.

2.  It was a part and an object of said conspiracy that JAMAL YOUSEF, a/k/a "Talal Hassan Ghantou," the defendant, and others known and unknown, would and did engage in conduct that would be punishable under Title 21, United States Code, Section 841(a) if committed within the jurisdiction of the United States, to wit, the distribution, and possession with the intent to

distribute, of five kilograms and more of mixtures and substances containing a detectable amount of cocaine, knowing and intending to provide, directly and indirectly, something of pecuniary value to a person and organization that has engaged and engages in terrorist activity and terrorism, to wit, the Fuerzas Armadas Revolucionarias de Colombia (hereinafter the "FARC"), which was designated by the United States Secretary of State as a foreign terrorist organization in October 1997, pursuant to Section 219 of the Immigration and Nationality Act, was redesignated as such on October 2, 2003, and October 11, 2005, and is currently designated as such, as of the date of the filing of this Indictment, and its members, operatives and associates, in violation of Section 960a of Title 21, United States Code.

(Title 21, United States Code, Section 960a and Title 18, United States Code, Section 3238.).

## COUNT TWO

### (Conspiracy to Provide Material Support or Resources to a Foreign Terrorist Organization)

The Grand Jury further charges:

3. From at least in or about July 2008, up to and including in or about July 2009, in an offense occurring in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or district of the United States, JAMAL YOUSEF, a/k/a "Talal Hassan Ghantou," the defendant, who was first brought to and arrested in the Southern District of New York, and others known and unknown,

knowingly did combine, conspire, confederate and agree together and with each other to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to a foreign terrorist organization, to wit, the FARC, which was designated by the United States Secretary of State as a foreign terrorist organization in October 1997, pursuant to Section 219 of the Immigration and Nationality Act, was redesignated as such on October 2, 2003, and October 11, 2005, and is currently designated as such, as of the date of the filing of this Indictment.

  4. It was a part and an object of the conspiracy that JAMAL YOUSEF, a/k/a "Talal Hassan Ghantou," the defendant, and others known and unknown, would and did agree to provide the FARC with weapons and explosives, and other support and resources, knowing that the FARC had engaged and was engaging in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and that the FARC had engaged and was engaging in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

    (Title 18, United States Code,
  Sections 2339B(a)(1), (d)(1) and 3238).

FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JAMAL YOUSEF, a/k/a "Talal Hassan Ghantou," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 970, any and all property constituting and derived from any proceeds that YOUSEF obtained directly and indirectly as a result of the said violation and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to, a sum of money representing the amount of proceeds obtained as a result of the offense described in Count One of this Indictment.

Substitute Assets Provision

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 970, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 960a and 970.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMAL YOUSEF,
a/k/a "Talal Hassan Ghantou"

Defendant.

INDICTMENT

S4 08 Cr. 1213

(21 U.S.C. §960a; 18 U.S.C. §2339B.)

Preet Bharara
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

*1/5/12 - Filed superseding indictment.*

*J Peek*
*U.S.M.J.*